```
 1  Glenn Zuckerman
 2  WEITZ & LUXENBERG, PC
    700 Broadway
 3  New York, New York 10003
    Telephone: 212-558-5000
 4  Facsimile: 212-344-5461
    Attorneys for Plaintiffs
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9
                        NORTHERN DISTRICT OF CALIFORNIA
10
11
12  This Document Relates to:                )
                                              )
13  Grant Kiser v. Pfizer Inc, et al.         )   MDL NO. 1699
    (06-6118 CRB)                             )   District Judge: Charles R. Breyer
14                                            )
    Connie Friedman-May, et al. v. Pfizer Inc, et )
15  al.                                       )
    (06-6119 CRB)                             )
16                                            )   STIPULATION AND ORDER OF
    Noralynn Roman, et al. v. Pfizer Inc, et al. )  DISMISSAL WITH PREJUDICE
17  (06-6120 CRB)                             )
                                              )
18  Sylvania Lawson, Jr., et al. v. Pfizer Inc, et al. )
    (06-6121 CRB)                             )
19                                            )
    Robert McCarrell v. Pfizer Inc, et al.    )
20  (06-6124 CRB)                             )
                                              )
21  Doris Hocker v. Pfizer Inc, et al.        )
    (06-6129 CRB)                             )
22                                            )
    Patricia Rogers v. Pfizer Inc, et al.     )
23  (06-6130 CRB)                             )
                                              )
24  Robert Bates, et al. v. Pfizer Inc, et al. )
    (06-6131 CRB)                             )
25                                            )
    Patrick Lynch v. Pfizer Inc, et al.       )
26  (06-6132 CRB)                             )
                                              )
27  Christine Sullivan, et al. v. Pfizer Inc, et al. )
    (06-6157 CRB)                             )
28                                            )
```

-1-

| | |
|---|---|
| 1 | *Robert E. Murray, et al. v. Pfizer, Inc, et al.* )<br>(06-6158 CRB) ) |
| 2 | ) |
| 3 | *Donald Davidson, et al. v. Pfizer Inc, et al.* )<br>(06-6161 CRB) ) |
| 4 | *Delores Poyner v. Pfizer Inc, et al.* )<br>(06-6165 CRB) ) |
| 5 | ) |
| 6 | *James Chapman, et al. v. Pfizer Inc, et al.* )<br>(06-6166 CRB) ) |
| 7 | *Michael Aquino, et al. v. Pfizer Inc, et al.* )<br>(06-6168 CRB) ) |
| 8 | ) |
| 9 | *Marie Shepard, et al. v. Pfizer Inc, et al.* )<br>(06-6169 CRB) ) |
| 10 | *James I. Jones, et al. v. Pfizer Inc, et al.* )<br>(06-6171 CRB) ) |
| 11 | ) |
| 12 | *Thomas Kamin, et al. v. Pfizer Inc, et al.* )<br>(06-6173 CRB) ) |
| 13 | *Ruben Dominguez v. Pfizer Inc, et al.* )<br>(06-6180 CRB) ) |
| 14 | ) |
| 15 | *Jennie Graziano v. Pfizer Inc, et al.* )<br>(06-6186 CRB) ) |
| 16 | *Leroy Horton, et al. v. Pfizer Inc, et al.* )<br>(06-6190 CRB) ) |
| 17 | ) |
| 18 | *Jerry Henry, et al. v. Pfizer Inc, et al.* )<br>(06-6091 CRB) ) |
| 19 | *Lyle Johnson v. Pfizer Inc, et al.* )<br>(06-6194 CRB) ) |
| 20 | ) |
| 21 | *Terry Smith v. Pfizer Inc, et al.* )<br>(06-6195 CRB) ) |
| 22 | *Barbara Dondero, et al. v. Pfizer Inc, et al.* )<br>(06-6196 CRB) ) |
| 23 | ) |
| 24 | *Barbara Hall v. Pfizer Inc, et al.* )<br>(06-6197 CRB) ) |
| 25 | *Patricia Parson v. Pfizer Inc, et al.* )<br>(06-6198 CRB) ) |
| 26 | ) |
| 27 | *Effie Crockett, et al. v. Pfizer Inc et al.* )<br>(06-6199 CRB) ) |
| 28 | *Lola Kolsen, et al. v. Pfizer Inc, et al.* ) |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42584625.1

| | |
|---|---|
| 1 | (06-6200 CRB) )|
| 2 | *Louis Pratt v. Pfizer Inc, et al.* )<br>(06-6201 CRB) )|
| 3 | |
| 4 | *Paul Madison v. Pfizer Inc, et al.* )<br>(06-6202 CRB) )|
| 5 | *Nancy Smith, et al. v. Pfizer Inc, et al.* )<br>(06-6203 CRB) )|
| 6 | |
| 7 | *Walter Johnston v. Pfizer Inc, et al.* )<br>(06-6204 CRB) )|
| 8 | *Murry McEwen v. Pfizer Inc, et al.* )<br>(06-6205 CRB) )|
| 9 | |
| 10 | *Charles Grififn, et al. v. Pfizer, Inc, et al.* )<br>(06-6206 CRB) )|
| 11 | *Debbie Dethrage v. Pfizer Inc, et al.* )<br>(06-6207 CRB) )|
| 12 | |
| 13 | *Thomas Saunders, et al. v. Pfizer Inc, et al.* )<br>(06-6208 CRB) )|
| 14 | *Rex McDonald v. Pfizer Inc, et al.* )<br>(06-6210 CRB) )|
| 15 | |
| 16 | *Winetta P. Gillet, et al. v. Pfizer Inc, et al.* )<br>(06-6211 CRB) )|
| 17 | *Marjory Goodwin v. Pfizer Inc, et al.* )<br>(06-6212 CRB) )|
| 18 | |
| 19 | *Joy Glenn, et al. v. Pfizer Inc, et al.* )<br>(06-6213 CRB) )|
| 20 | *Connie Henderson, et al. v. Pfizer Inc, et al.* )<br>(06-6283 CRB) )|
| 21 | |
| 22 | *Aubrey Richardson, et al. v. Pfizer Inc, et al.* )<br>(06-7201 CRB) )|
| 23 | *Glenn Snyder, et al. v. Pfizer Inc, et al.* )<br>(06-7202 CRB) )|
| 24 | |
| 25 | *Jacques Tetrault, et al. v. Pfizer Inc, et al.* )<br>(06-7203 CRB) )|
| 26 | *Patricia Stevens v. Pfizer Inc, et al.* )<br>(06-7204 CRB) )|
| 27 | |
| 28 | *Robert Jennings, et al. v. Pfizer Inc, et al.* )<br>(06-7205 CRB) )|

| | |
|---|---|
| 1 | |
| 2 | *Alice Richardson, et al. v. Pfizer Inc, et al.* )<br>(06-7206 CRB) ) |
| 3 | *Steve Pardikes v. Pfizer Inc, et al.* )<br>(06-7306 CRB) ) |
| 4 | |
| 5 | *Rosalyn Chute v. Pfizer Inc, et al.* )<br>(06-7381 CRB) ) |
| 6 | *Carolyn Carter v. Pfizer Inc, et al.* )<br>(06-7570 CRB) ) |
| 7 | |
| 8 | *Margoth Gonzalez v. Pfizer Inc, et al.* )<br>(06-7571 CRB) ) |
| 9 | *Albert Blossom, et al. v. Pfizer Inc, et al.* )<br>(06-7676 CRB) ) |
| 10 | |
| 11 | *Viola Porter v. Pfizer Inc, et al.* )<br>(06-7882 CRB) ) |
| 12 | *Tami McKibben, et al. v. Pfizer Inc, et al.* )<br>(06-7883 CRB) ) |
| 13 | |
| 14 | *Joyce Matson, et al. v. Pfizer Inc, et al.* )<br>(06-7958 CRB) ) |
| 15 | *Michael Gatz, v. Pfizer Inc, et al.* )<br>(06-7959 CRB) ) |
| 16 | |
| 17 | *Shamela Carr v. Pfizer Inc, et al.* )<br>(07-0022 CRB) ) |
| 18 | *John Kennedy, Jr., et al. v. Pfizer Inc, et al.* )<br>(07-0023 CRB) ) |
| 19 | |
| 20 | *Debi Sweet v. Pfizer Inc, et al.* )<br>(07-0231 CRB) ) |
| 21 | *Clarence Bridges v. Pfizer Inc, et al.* )<br>(07-0413 CRB) ) |
| 22 | |
| 23 | *Elizabeth Hilton, et al. v. Pfizer Inc, et al.* )<br>(07-0611 CRB) ) |
| 24 | *Jeffrey Howard, et al. v. Pfizer Inc, et al.* )<br>(07-0816 CRB) ) |
| 25 | |
| 26 | *Brenda Brunson, et al. v. Pfizer Inc, et al.* )<br>(07-1280 CRB) ) |
| 27 | *Bernadette Wilson-Blakeney v. Pfizer Inc, et al.* )<br>(07-1353 CRB) ) |
| 28 | |

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2584625.1

| | |
|---|---|
| 1 | *Emma White, et al. v. Pfizer Inc, et al.* (07-1432 CRB) )<br>)<br>) |
| 2 | ) |
| 3 | *Abraham Nicholas v. Pfizer Inc, et al.* (07-1570 CRB) )<br>)<br>) |
| 4 | *Vanessa King v. Pfizer Inc, et al.* (06-6815 CRB) )<br>)<br>) |
| 5 | ) |
| 6 | *Jack Isaacs v. Pfizer Inc, et al.* (07-1991 CRB) )<br>)<br>) |
| 7 | *Michael Coleman v. Pfizer Inc, et al.* (07-1992 CRB) )<br>)<br>) |
| 8 | ) |
| 9 | *Detrea Robinson v. Pfizer Inc, et al.* (07-2630 CRB) )<br>)<br>) |
| 10 | *Edna Burnette v. Pfizer Inc, et al.* (07-2690 CRB) )<br>)<br>) |
| 11 | ) |
| 12 | *Belinda Rolston, et al. v. Pfizer Inc, et al.* (07-2691 CRB) )<br>)<br>) |
| 13 | *Lorraine Maher v. Pfizer Inc, et al.* (07-2692 CRB) )<br>)<br>) |
| 14 | ) |
| 15 | *Cloteal Smith, et al. v. Pfizer Inc, et al.* (07-3284 CRB) )<br>) |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42584625.1

DATED: 10-29, 2009        By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2, 2009       By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009       _____
Hon. Charles R. Breyer
United States District Court

-6-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PPZR/1035934/1132569v.1
EASTV2584625.1